UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GORDON MCMAIN,

      Plaintiff,

v.

COLLETTE PETERS; DR. SHELTON;
DR. ELLIOT-BLAKESLEE; J. BELL;
J. TAYLOR; MS. SMITH,

      Defendants.

Case No. 2:13-cv-01632-AA

## JUDGMENT

This action is dismissed.

DATED this 2nd day of August, 2018.

_____
Ann Aiken
United States District Judge