FILED 10 SEP '18 14:55 USDC-ORE

GORDON MCMAIN
909 SW 12 th Ave #110
Portland, Or. 97205

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 04 2018

FILED _____
DOCKETED _____
DATE            INITIAL

# IN THE UNITED STATES NINTH CIRCUIT

## COURT OF APPEALS

| | |
|---|---|
| GORDON MCMAIN, | ) |
| Plaintiff- Appellant, | ) Case No. 213-cv-01632-AA |
| v. | ) |
| COLLETTE PETERS, DR. SHELTON, | ) PLAINTIFFF'S MOTION TO FILE NOTICE OF APPEAL |
| DR. ELLIOT-BLAKESLEE, J. BELL | ) |
| Defendants- Appellees, | ) |

COMES NOW Gordon Mc Main before this court to request the right to appeal a previous decision from Judge Ann Aiken in the United States District Court of Oregon.

Dated this 8/31/18

Gordon McMain

909 SW 12 th Ave. #110

Portland Ore. 97205

1 | P a g e